**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00200-REB-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3.  NOAH ZIEGLER,
     a/k/a "Noah Smeltzer," and

     Defendant.

_____

**MINUTE ORDER**[1]

_____

     A Notice of Disposition was filed with the court on July 7, 2011.  **On July 12, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing.  Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     **IT IS FURTHER ORDERED** that defendant and counsel are excused from attendance and participation in future status and setting conferences, or hearings, in this matter, including the motion hearing set for July 13, 2011, at 10:00 a.m.

     Dated:  July 7, 2011

_____

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.