# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:             December 16, 2011

Courtroom Deputy:  Nel Steffens
Court Reporter:    Tracy Weir
Probation Officer: Jan Woll

**Criminal Action No.  11-cr-00200-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Zachary Phillips

    Plaintiff,

v.

3.  NOAH ZIEGLER,                             Brian Leedy
      a/k/a "Noah Smeltzer,"

    Defendant.

## SENTENCING MINUTES

**9:03 a.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks. Court conferred informally with counsel in chambers prior to the commencement of these proceedings.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and

addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Mr. Leedy asks that the court grant the defendant's motion for a probationary sentence.

Defendant declines the opportunity for allocution.

Mr. Phillips declines the opportunity to make a statement.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the **United States' § 5K1.1 Motion for Downward Departure from Sentencing Guideline Range** [#144] filed December 14, 2011, is **GRANTED**;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count Sixty-One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, and the provisions of 18 U.S.C. §§3553(a), 3561, and 3562, and Guideline §5K1.1, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **three (3) years**;

5. That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:

    - all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised probation:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction

        or place where defendant may be during the term of supervised probation;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of defendant's DNA;

- that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

- that at defendant's expense, the defendant shall, unless then indigent, undergo a mental health evaluation and an alcohol/substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, or education of the defendant;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8. That an order and judgment of forfeiture shall be entered pursuant to the Plea Agreement of the parties, the admission of the defendant to the forfeiture allegation of the Indictment, and the provisions of Fed. R. Crim. P. 32.2(b)(3), 21 U.S.C. § 853(p) and 18 U.S.C. § 982; and

9. That immediately following this hearing, the defendant shall report in person to Probation Officer, Jan Woll, who is present in open court to schedule an appointment to read, review, and sign the required conditions of supervised probation imposed by the court.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**9:21 a.m.    Court in recess.**

Total time in court:   00:18

Hearing concluded.